1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PHOUSAYKEO SAYSOURIVONG,

11           Petitioner,                    No. CIV S-03-1747 DFL DAD P

12      vs.

13   D. L. RUNNELS,  et al.,

14           Respondent.              <u>ORDER</u>

15   _____/

16           Petitioner has requested an extension of time to file objections to the findings and

17   recommendations issued on May 24, 2007.  Good cause appearing, IT IS HEREBY ORDERED

18   that:

19           1.  Petitioner's July 23, 2007 request for an extension of time is granted in part;

20   and

21           2.  Petitioner is granted thirty days from the date of this order in which to file

22   objections to the May 24, 2007 findings and recommendations.  No further extensions of time

23   will be granted for this purpose absent a compelling showing.  Petitioner is advised that written

24   /////

25   /////

26   /////

1  objections to findings and recommendations need only identify the finding to which the objection

2  is being made and provide the basis for the objection.

3   DATED: July 26, 2007.

4

5  _____

6  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

7  DAD:8:says1747.ext

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26