**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHOUSAYKEO SAYSSOURIVONG,<br><br>    Petitioner,<br><br>vs.<br><br>D.L. RUNNELS, et al.,<br><br>    Respondent. | No. 2:03-CV-1747-RRB-DAD P<br><br>**ORDER** |

       Petitioner Phousaykeo Saysourivong ("Petitioner"), a state prisoner proceeding pro se, filed the above-entitled action, i.e., an application for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On May 24, 2007, Magistrate Judge Dale A. Drozd filed Findings & Recommendations (Docket 15) herein, which were served on all parties and which contained notice to all parties that any objections to the same were to be filed within twenty days. On July 26, 2007, Petitioner was granted an additional thirty days to

ORDER DENYING PETITIONER'S WRIT - 1
2:03-CV-1747-RRB-DAD P

file objections.  The time period has now expired and neither party has filed objections to the Findings & Recommendations.

The Court has reviewed the file and finds the Findings & Recommendations at Docket 15 to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings & Recommendations at **Docket 15**, filed on May 24, 2007, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is **DENIED**.

**ENTERED** this 2nd day of October, 2007.

```
                              S/RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE
```