IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHOUSAYKEO SAYSOURIVONG,

        Petitioner,                  No. CIV S-03-1747 RRB DAD P

   vs.

D. L. RUNNELS, et al.,

        Respondent.            ORDER

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's April 9, 2010 denial of his motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b). Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

1  For the reasons set forth in the April 9, 2010 order denying relief, petitioner has
2  not made a substantial showing of the denial of a constitutional right.  Accordingly, a certificate
3  of appealability should not issue in this action.
4  IT IS SO ORDERED.
5  DATED: 5/21/2010

7  S/RALPH R. BEISTLINE
8  UNITED STATES DISTRICT JUDGE

/says1747.coa